**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**ALONZO WILLIAMS,**

    Plaintiff,

v.                                             Case No.:

**DOLGENCORP LLC,**

    Defendant.
_____/

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. Section 1446, Defendant DOLGENCORP, LLC, hereby removes this action from the Circuit Court of the Tenth Judicial Circuit, in and for Polk County, Florida to the United States District Court for the Middle District of Florida, and states:

1. On October 20, 2020, Plaintiff ALONZO WILLIAMS filed a Complaint in the Circuit Court of the Tenth Judicial Circuit, in and for Polk County, Florida, Case No. 20-CA-003205.

2. The Complaint named DOLGENCORP, LLC as Defendant.

3. On October 28, 2020, Defendant was served with the Complaint. Copies of all process and pleadings in said action are attached hereto in accordance with 28 U.S.C. Section 1446, as **Exhibit 1.**

4. Plaintiff, ALONZO WILLIAMS, is and was at all times relevant hereto, including at the time of the commencement of Civil Action No. 20-CA-003205, and this filing, a citizen of the State of Florida.

5. Defendant is and was at all times relevant hereto, including at the time of the filing of this Notice of Removal and the commencement of Civil Action No. 20-CA-003205, a Limited Liability Company registered in the Commonwealth of Kentucky with its principal place of business in

Goodlettsville, Tennessee, and whose managing member is incorporated in the State of Tennessee with its principal place of business in Goodlettsville, Tennessee. *See* Articles of Organization of DOLGENCORP, LLC, filed with the Commonwealth of Kentucky on October 9, 2008, attached hereto as **Exhibit 2.**

6. At all times relevant hereto, the sole members of DOLGENCORP, LLC, consisted of James W. Thorpe and Larry Gatta. Each member is a citizen of Tennessee. *See* 2017 Annual Report of DOLGENCORP, LLC, attached hereto as **Exhibit 3.**

7. For purposes of diversity jurisdiction, "a limited liability company is a citizen of any state of which a member of the company is a citizen." *Flintlock Const. Servs., LLC v. Well-Come Holdings, LLC,* 710 F.3d 1221, 1224 (11th Cir. 2013) (citing *Rolling Greens MHP, L.P. v. Comcast SCH Holdings L.L.C.,* 374 F.3d 1020, 1022 (11th Cir. 2004).

8. This action is one over which this Court has original jurisdiction pursuant to the provisions of 28 U.S.C. § 1332 (a)(1), and is one that may be removed to this Court pursuant to 28 U.S.C. § 1441(a). Diversity of citizenship exists.

9. Plaintiff has alleged in his Complaint an action for damages in excess of $30,000.00. Plaintiff has made a pre-suit demand in excess of $75,000, exclusive of interest and costs. Based upon the foregoing, the amount in controversy exceeds $75,000.00, exclusive of interest and costs.

10. This Notice of Removal is filed within thirty (30) days after Defendant received a copy of Plaintiff's Complaint on or about October 28, 2020, as required by 28 U.S.C. § 1446(b).

11. A copy of this Notice of Removal will simultaneously be filed with the Clerk of Courts for the Tenth Judicial Circuit, in and for Polk County, Florida, and served upon other counsel of record pursuant to 28 U.S.C. § 1446(d).

WHEREFORE, Defendant DOLGENCORP, LLC, gives notice of the removal of this action from the Tenth Judicial Circuit, in and for Polk County, Florida, to the United States District Court for the Middle District of Florida.

Dated: November 17, 2020

                                          Respectfully submitted,

*/s/. Eric M. Thorn*
**Eric M. Thorn, Esquire**
Florida Bar No.: 0479100
erict@sdtriallaw.com
St. Denis and Davey, P.A.
10150 Highland Manor Drive, Suite 200
Tampa, FL 33610
Tel. 813-314-2162
Fax. 813-314-2163
***Attorneys for Defendant Dolgencorp, LLC***

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this 17th day of November, 2020, a true and correct copy of the foregoing has been electronically filed with the Clerk of the Court utilizing the CM/ECF system and which will electronically transmit an electronic copy to:

**James A. Catalano, Esq.**
FBN: 112868
Morgan & Morgan Tampa, P.A.
One Tampa City Center
201 N. Franklin Street, 7th Floor
Tampa, Florida 33602
Telephone: (813) 337-5073
Facsimile: (813) 983-2890
jcatalano@forthepeople.com

*/s/. Eric M. Thorn*
**Eric M. Thorn, Esquire**
Florida Bar No.: 0479100