# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA

Sam M. Gibbons U.S. Courthouse
Office of the Clerk
801 North Florida Avenue
Tampa, FL 33602
(813) 301-5400
www.flmd.uscourts.gov

Elizabeth M. Warren
Clerk of Court

Keshia M. Jones
Tampa Division Manager

ALONZO WILLIAMS,

    Plaintiff,

v.

                              Case No: 8:20-cv-2715-T-33AEP

DOLGENCORP LLC,

    Defendant.

## TRANSMITTAL OF RECORD TO STATE COURT

### State Court Case Number: 2020-CA-003205

Enclosed is a certified copy of the Order of Remand along with an extra copy of this letter. Please date stamp the copy of the letter and return it in the envelope provided.

November 30, 2020                ELIZABETH M. WARREN, CLERK

                                        By:    s/L. Richards, Deputy Clerk

Enclosures

Date of Receipt: _____

By: _____

RECEIVED
DEC -7 2020
CLERK CIRCUIT COURT
POLK COUNTY

2020 DEC -9 AM 10:59
CLERK US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA FLORIDA
FILED